DANIEL G. BOGDEN
Nevada State Bar No. 2137
United States Attorney
District of Nevada

SHARON LAHEY
California State Bar No. 256628
Assistant Regional Counsel
United States Social Security Administration
160 Spear Street, Suite 800
San Francisco, California 94105-1545
Telephone: (415) 977-8963
Facsimile: (415) 744-0134
Email: sharon.lahey@ssa.gov

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

|  |  |
|---|---|
| ZEIDY M. PONCE CONEJO,<br><br>        Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner<br>Of Social Security,<br><br>        Defendant. | CIVIL NO. 2:14-cv-01557-MMD-PAL<br><br>**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF RELIEF REQUESTED IN PLAINTIFF'S COMPLAINT** |

CAROLYN W. COLVIN, Acting Commissioner Of Social Security (Defendant) hereby moves this Honorable Court to grant her unopposed motion for a 14-day extension of time to file her response and/or cross-motion to Zeidy M. Ponce Conejo's (Plaintiff) Memorandum In Support Of Relief Requested In Plaintiff's Complaint (the Motion) (Docket No. 18). This is the first extension of time requested in the above-captioned matter. Defense counsel requests this additional time because she inadvertently incorrectly calendared the date for Defendant to respond to the Motion and requires additional time to adequately address the issues Plaintiff raises in the Motion. Defense counsel apologizes for any inconvenience. The current deadline is May 11, 2015. The new deadline will be

MOTION FOR EXTENSION & PROPOSED ORDER (CASE NO. 2:14-cv-01557-MMD-PAL)

May 25, 2015.  Any reply thereto will be due June 15, 2015.  The parties have further agreed that the

Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 12, 2015                              DANIEL G. BOGDEN
                                                 United States Attorney


                                                 By:    /s/ Sharon Lahey
                                                 SHARON LAHEY
                                                 ASSISTANT REGIONAL COUNSEL


                                    **<u>ORDER</u>**

        PURSUANT TO STIPULATION, IT IS SO ORDERED.  DEFENDANT SHALL FILE HER
RESPONSE TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF RELIEF REQUESTED IN
PLAINTIFF'S COMPLAINT ON OR BEFORE MAY 25, 2015.  ANY REPLY THERETO SHALL BE
FILED ON OR BEFORE JUNE 15, 2015.



Dated:_ May 18, 2015        ____            _____
                                           HON. PEGGY A. LEEN
                                           UNITED STATES MAGISTRATE JUDGE

MOTION FOR EXTENSION & PROPOSED ORDER (CASE NO. 2:14-cv-01557-MMD-PAL)

DANIEL G. BOGDEN
Nevada State Bar No. 2137
United States Attorney
District of Nevada

SHARON LAHEY
California State Bar No. 256628
Assistant Regional Counsel
United States Social Security Administration
160 Spear Street, Suite 800
San Francisco, California 94105-1545
Telephone: (415) 977-8963
Facsimile: (415) 744-0134
Email: sharon.lahey@ssa.gov

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZEIDY M. PONCE CONEJO, | CIVIL NO. 2:14-cv-01557-MMD-PAL |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| CAROLYN W. COLVIN, Acting Commissioner Of Social Security, | |
| Defendant. | |

I, Sharon Lahey, Assistant Regional Counsel, hereby certify that the following individual was served a copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF RELIEF REQUESTED IN PLAINTIFF'S COMPLAINT** on May 12, 2015:

CM/ECF:

Marc V. Kalagian, Esq.
Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, California 90802
E-mail: rohlfing.kalagian@rksslaw.com

Dated this 12th day of May 2015          */s/ Sharon Lahey*
                                    SHARON LAHEY
                                    Assistant Regional Counsel